## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:

TAMARA L BETANCOURT

**Case No.** 16-15782

**Claim No. :** 1

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to Payments, listed in the above stated case be changed.

**Address where Payment to the creditor be sent:**

| From: | To: |
|---|---|
| Capital One Auto Finance, c/o Ascension Capital Group | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 201347 | P.O. BOX 4360 |
| Arlington, TX 76006 | Houston, TX 77210-4360 |

Date: 11/14/2017

/s/ Dipika Parmar

Creditor's Authorized Agent for Capital One, N.A.